IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS F. DOWLING, SR., | No. C-05-1851 MMC |
| Plaintiff, | **ORDER TAKING UNDER SUBMISSION DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | (Docket Nos. 4, 8) |
| Defendants. / | |

Before the Court is the Amended Motion to Dismiss filed May 27, 2005 by defendants and noticed for hearing July 1, 2005.  Pursuant to Civil L.R. 7-3(a), plaintiff's opposition was due no later than June 10, 2005.  To date, no opposition has been filed.

Accordingly, the July 1, 2005 hearing on the motion to dismiss is hereby VACATED and the motion to dismiss is taken under submission.

**IT IS SO ORDERED.**

Dated: June 20, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge