1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CURTIS F. DOWLING, SR.,                    No. C-05-1851 MMC

12              Plaintiff,                     **ORDER RE: PLAINTIFF'S
                                               CORRESPONDENCE TO COURT**
13      v.

14  CITY AND COUNTY OF SAN FRANCISCO,
    et al.,
15              Defendants.

16  _____/

17

18          On June 22, 2005, the Court issued an order granting defendants' motion to dismiss

19  the federal claims asserted by plaintiff Curtis F. Dowling, Sr. ("Dowling"), declining to

20  exercise supplemental jurisdiction over the remaining state law claims, and remanding the

21  action to state court.  Dowling had not filed opposition to the motion.

22          Thereafter, on June 23, 2005, the Court received correspondence from Dowling's

23  counsel, in which Dowling asks the Court to vacate its June 22, 2005 order and allow him

24  to file an amended complaint.  The following day, June 24, 2005, Dowling filed his

25  Amended Complaint.

26          Dowling is hereby ADVISED that requests for relief are to be made by proper

27  motion, not by letter.  See Civil L.R. 7-1.  As no motion has been filed, either pursuant to

28  Rule 60(b) of the Federal Rules of Civil Procedure or otherwise, the Court will not consider

1    the requests for relief raised in Dowling's correspondence.

2         **IT IS SO ORDERED.**

                                            /s/ Maxine M. Chesney
3    Dated: June 24, 2005                   MAXINE M. CHESNEY
                                            United States District Judge

2